# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision
## with Consent of the Offender
### *(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Curtis Franklin Ross          **Docket Number:**   0972 1:13CR00322

**Name of Judicial Officer**:     Senior United States District Judge Anthony W. Ishii

**Date of Original Sentence:**   3/7/2007

**Original Offense:** 18 U.S.C. § 2113(a) Bank Robbery  (6 counts)

**Original Sentence:** 92 months BOP; 3 years TSR; mandatory drug testing; $600 special assessment; $9,973 restitution

**Special Conditions:**
No Dissipation of Assets
Financial Disclosure
Financial Restrictions
Drug/Alcohol Treatment
Drug/Alcohol Testing
Aftercare Co-payment
DNA Collection
Inpatient Substance Abuse Treatment with agreement of defendant and defense counsel
No weapons
Not possess any ID in any other name

**Type of Supervision:**    TSR

**Date Supervision Commenced:**    1/10/2012

**Other Court Actions:**
07/31/2013:     Transfer of Jurisdiction requested by this officer from the Central District of California based upon violation conduct.  Your Honor accepted jurisdiction on August 21, 2013.

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant shall reside and participate in a residential community corrections center, Turning Point for a period of up to 120 days; said placement shall commence as directed by the probation officer pursuant to 18 USC 3563(b) (11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:** On July 31, 2013, the defendant reported to the probation office as instructed and submitted a urine sample via an instant test cup which indicated positive for amphetamine and methamphetamine. The defendant admitted use and signed an admission report. When questioned, the defendant said he got into a fight with his girlfriend, then was involved in a car accident the next day. The following day he went to a bar and met a woman who he used methamphetamine with. He admitted smoking two “hits,” and justified it to himself by saying, “It’s not heroin. It won’t grab you like heroin did.” The defendant said he heard the probation officer’s voice in his head and knew the undersigned would be disappointed in him so he did not use any more. He said, “I feel like my life just crashed. I’ve been working so hard and was proud of myself.” The defendant denied being in need of treatment so was referred for testing three times monthly. He was further advised a missed or positive test would result in additional consequences. The probation officer also requested Transfer of Jurisdiction from the Central District of California.

On September 5, 2013, notification was received from the contract treatment provider that the defendant submitted a urine sample identified by barcode B01952941 on August 28, 2013, which returned positive for methamphetamine. On September 17, 2013, the defendant reported to the probation office as instructed. When confronted with the positive drug test, he adamantly denied using illicit drugs since the one time in July; however, he voluntarily signed a Probation Form 49 consenting to enter the residential community corrections center because, “That’s like asking if I want to get shot with a BB gun now or a .380 later (by going to Court on the matter).”

On September 19, 2013, notification was received from the contract treatment provider that the defendant submitted a urine sample on September 4, 2013, as identified by barcode B01953004 which tested positive for amphetamine and methamphetamine.

It is felt the measure outlined above is sufficient to address the violation conduct at this time. The probation officer advised the defendant that another positive drug test could result in the filing of a Petition with request for negative action.

Respectfully submitted,
**/s/ Julie R. Martin**

**JULIE R. MARTIN**
**United States Probation Officer**
Telephone: (661) 321-3817

**DATED:**    9/30/2013

Reviewed by,
**/s/ Thomas A. Burgess**

**THOMAS A. BURGESS**
**Supervising United States Probation Officer**

## THE COURT ORDERS:

☒  Modification approved as recommended.

☐  Modification not approved at this time.  Probation Officer to contact Court.

☐  Other

IT IS SO ORDERED.

Dated:    September 30, 2013              _____

SENIOR  DISTRICT  JUDGE

PROB 12B
(04/13)